This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO**,

Plaintiff-Appellee,

v.                                                                     **NO. 34,547**

**STEVE TOLLARDO,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF TAOS COUNTY**
**Gerald E. Baca, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Jorge A. Alvarado, Chief Appellate Defender
Will O'Connell, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**KENNEDY, Judge.**

{1}     Defendant Steve Tollardo appeals from the district court's amended judgment and sentence. [3 RP 541] On October 6, 2014, Defendant filed a timely motion for

reconsideration of sentence pursuant to Rule 5-801 NMRA. [3 RP 548] *See id.* ("A motion to reduce a sentence may be filed within ninety (90) days after the sentence is imposed[.]"). Summary dismissal was proposed for lack of a final order. Defendant filed a response indicating that he agrees with our proposed dismissal. Accordingly, we dismiss for the reasons stated in this Court's notice of proposed disposition.

{2}     **IT IS SO ORDERED.**


_____
**RODERICK T. KENNEDY, Judge**


**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**


_____
**J. MILES HANISEE, Judge**